IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION
FILED
JUN 2 1 2016
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

Pending before the Court is Butte School District No.1's Motion to Strike the Testimony of Joseph A. Gentry ("Gentry").[1]

The Court has again reviewed the entirety of the testimony of Gentry presented at the administrative hearing held on March 3, 2014, and March 4, 2014.

Upon review and reconsideration of the record of Gentry's March 3, 2014, and March 4, 2014, testimony, and having fully considered the briefs and arguments of counsel:

ORDERED:

1. The Court's assessments, analyses, and conclusions as to the absence of weight to be accorded to and lack of reliability of the testimony of Gentry at the

---

[1] Doc. 91.

March 3, 2014, and March 4, 2014, administrative hearing as stated on the record on February 5, 2016,[2] are re-confirmed and re-adopted in their entirety.

2. The Court will accord to Gentry's testimony at the March 3, 2014, and March 4, 2014, administrative hearing such weight as the Court determines it deserves in resolving the issues to be addressed and decided at the trial set for October 26, 2016.

3. Upon the conditions and subject to the limitations stated in paragraphs 1 and 2 above, Butte School District No.1's Motion to Strike the Testimony of Joseph A. Gentry[3] is DENIED.

DATED this 21st day of June, 2016.

SAM E. HADDON
United States District Judge

---

[2] Doc. 98.

[3] Doc. 91.