**FILED**

OCT 20 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

The Court has determined that resolution of issues presented to this Court and to be decided in the above consolidated cases and for which further evidentiary proceedings are scheduled to commence on October 26, 2016, are likely to be influenced by the yet to be rendered decision of the United States Supreme Court in *Endrew F. ex rel. v. Douglas Cnty. Sch. Dist. RE-1*, 798 F.3d 1329 (10th Cir. 2015), *cert. granted* (Sept. 29, 2016) (No. 15-827), which is anticipated to be set for argument and resolution during the Court's October, 2016, term.

ORDERED:

1. The proceedings in consolidated Cause Nos. CV 14-60-BU-SEH and CV 14-61-BU-SEH are stayed pending full and final resolution of United States Supreme Court Cause No. 15-827.

2. The supplemental evidentiary hearing set for October 26, 2016, is VACATED to be reset by further order of the Court.

3. C.S. and McCarvel's Motion to Take Judicial Notice of Court Orders and Opinion in *In Re C.S.*[1] is DENIED without prejudice to renewal, if appropriate.

DATED this 20th day of October, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 120.