IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

MAY 0 3 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

On May 3, 2017, the Court held a status conference to address further proceedings in this case. Butte School District No. 1 was represented by Patrick Fleming, Esq. C.S. and Stuart McCarvel were represented by Andree Larose, Esq. and Robert Farris-Olsen, Esq.

ORDERED:

On or before May 19, 2017, each party shall file a statement addressing the matters as more fully stated on the record in open court, including: (a) the nature and necessity of additional work to be completed prior to a hearing on the merits;

(b) the substance of any proposed modification to the existing exhibit and witness lists; (c) an estimate of the number of days necessary to complete a hearing on the merits; and (d) a date for commencement of a hearing on the merits.

DATED this 3rd day of May, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge