FILED

FEB 0 1 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

Butte School District No. 1 has identified Jori Liva ("Liva"), Kathy Cannon ("Cannon"), and Josh Schad ("Schad") as non-retained experts to be called at time of trial.[1] C.S. and Stuart McCarvel have attached excerpts of the depositions of Liva, Cannon, and Schad in their Brief in Support of C.S.'s Motion *in Limine* to Exclude Testimony of District Witnesses.[2]

ORDERED:

C.S. and Stuart McCarvel shall forthwith file complete copies of the depositions of Liva, Cannon, and Schad in the electronic record and send copies of

---

[1] Doc. 139.

[2] Doc. 145.

each to Chambers at 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before February 9, 2018.

DATED this 1st day of February, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge