FILED

MAR 13 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

On March 13, 2018, the Court conducted a hearing on C.S. and McCarvel's Motion *in Limine* to Exclude Testimony of District Witnesses,[1] Butte School District No. 1's Motion to Strike the Disclosures of Brenda K. Roche and Mary Morningstar for Failure to Comply,[2] and Butte School District No.1's Motion *in Limine* to Exclude the Testimony of Mary E. Morningstar and Brenda K. Roche Based on 104(b) FRE, 401 FRE, 702 FRE and *Daubert*.[3]

---

[1] Doc. 144; Doc. 142 in CV 14-61-BU-SEH..

[2] Doc. 147; Doc. 145 in CV 14-61-BU-SEH.

[3] Doc. 149; Doc. 147 in CV 14-61-BU-SEH.

Upon the record made in open court:

ORDERED:

1. C.S. and McCarvel's Motion *in Limine* to Exclude Testimony of District Witnesses[4] is DENIED.

2. Butte School District No. 1's Motion to Strike the Disclosures of Brenda K. Roche and Mary Morningstar for Failure to Comply[5] is DENIED.

3. Butte School District No.1's Motion *in Limine* to Exclude the Testimony of Mary E. Morningstar and Brenda K. Roche Based on 104(b) FRE, 401 FRE, 702 FRE and *Daubert*[6] is DENIED.

DATED this 13th day of March, 2018.

SAM E. HADDON
United States District Judge

---

[4] Doc. 144; Doc. 142 in CV 14-61-BU-SEH.

[5] Doc. 147; Doc. 145 in CV 14-61-BU-SEH.

[6] Doc. 149; Doc. 147 in CV 14-61-BU-SEH.