**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BUTTE DIVISION**

**FILED**

JUN 2 8 2018

Clerk, U.S. District Court
District Of Montana
Helena

---

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1 | No. CV 14-60-BU-SEH |
| This document relates to all actions | |

---

On June 28, 2018, the Court held a telephone scheduling conference with counsel.

ORDERED:

1.     The parties shall file proposed findings of fact, conclusions of law, and proposed forms of judgment on or before 4:45 p.m. September 7, 2018. Copies shall be sent to the Court's proposed order inbox at seh_propord@mtd.uscourts.gov.

2.     The parties shall meet and confer and file on or before 4:45 p.m. September 14, 2018, a proposal addressing with specificity the remedial program to be recommended to the Court necessary and appropriate to address unresolved issues in the case, including the individual components of the program, what will be required to implement the program and the basis for each implementation, and a suggested timeline for completion of the program. If the parties fail to agree upon the format of the program, each party shall file proposals on or before 4:45 p.m. September 14, 2018.

3.     The parties shall file hearing briefs directed to the issues of the case on or before 4:45 p.m. September 21, 2018.

4.     A supplementary evidentiary hearing (6 days) will commence at 8:30 a.m. on October 1, 2018, at the **Paul G. Hatfield Courthouse, Courtroom I Helena, Montana.**

5.     The parties shall file post-hearing proposed findings of fact, conclusions of law, and post-hearing briefs on or before 4:45 p.m. November 2, 2018. An optional post-hearing response brief may be filed on or before 4:45 p.m. November 9, 2018.

6.     Upon receipt of the parties' supplemental findings of fact, conclusions of law and any post-hearing reply briefs, the matter will be deemed

submitted to the Court for decision. A hearing on proposed findings of fact,

conclusions of law and proposed judgment will be scheduled, if appropriate.

DATED this **28**th day of June, 2018.

Sam G Haddon

SAM E. HADDON
United States District Judge