**FILED**

SEP 24 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

Defendants C.S. and Stuart McCarvel have moved for admission of Alice K. Nelson, Esq., ("Nelson") of the Nelson Law Group, 14043 Shady Shores Drive, Tampa, Florida 33613, to appear *pro hac vice* with Andrée Larose, Esq., and Rob Farris Olsen, Esq., of Morrison Sherwood Wilson Deola PLLP, of Helena, Montana and Tal M. Goldin, Esq., of Disability Rights Montana, of Helena, Montana to act as local counsel.[1] Plaintiff Butte School District No. 1 opposed the

---

[1] Doc. 177.

motion,[2] but did not file a timely response.[3] Nelson's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendants' motion to allow Nelson to appear *pro hac vice* is GRANTED on the following conditions:

1. Local counsel must be designated as lead counsel or as co-lead counsel with Nelson.

2. Nelson must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Nelson; it is not an admission of the Nelson Law Group.

---

[2] Doc. 177 at 3.

[3] "[F]ailure to file a response brief may be deemed an admission that the motion is well-taken." L.R. 7(d)(1)(B)(ii).

FURTHER ORDERED:

This Order will be withdrawn unless Nelson, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 24th day of September, 2018.

SAM E. HADDON
United States District Judge