IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION



FILED

SEP 25 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

Before the Court is Defendants' unopposed motion[1] requesting permission for their attorneys to use personal electronic devices in the courtroom during the course of trial scheduled for October 1–9, 2018.

ORDERED:

Counsel for the parties may use electronic devices consistent with and as permitted and limited by L.R. 1.3(d)(2)(C).

DATED this 25th day of September, 2018.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge

---

[1] Doc. 191.