

FILED

OCT 0 1 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

---

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

Upon the record made prior to trial,

ORDERED:

1. The following exhibits are ADMITTED:

   a. Butte School District No. 1's Exhibit: 2, 3, 4, 5, 7, 8, 12, 13, 14, 15, 17, 22, 24, 30, 31, 32, 33, 38, 39, 40, 41, 46, 47, 48, 50, 51, 57, 58, B.

   b. C.S. & McCarvel's Exhibit: 11b, 29, 43, 45, 49, 52, 53, 59, 60, 61, 62.

DATED this 1st day of October, 2018.

SAM E. HADDON
United States District Judge