IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
OCT 09 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1 | Cause No. CV-60-BU-SEH |
| This document relates to All Actions | **ORDER GRANTING MOTION TO SUBSTITUTE REDACTED EXHIBIT 125 INTO THE RECORD** |

C.S. and McCarvel's Motion to Substitute Redacted Exhibit 125 in the Record or Alternatively, Place Exhibit 125 Under Seal is GRANTED as follows:

ORDERED:

The redacted version of Exhibit 125 shall be placed in the record as a substitute for the unredacted version of Exhibit 125.

Dated this 9th day of October, 2018

Sam E. Haddon
United States District Judge