IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
OCT 17 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1 | Cause No. CV-60-BU-SEH |
| This document relates to All Actions | **ORDER GRANTING MOTION TO REDACT EXHIBITS ATTACHED TO REPORT TO COURT** |

C.S. and McCarvel's Motion To Redact Exhibits Attached to Report to Court is GRANTED as follows:

ORDERED:

The redacted version of Exhibits B, C, D, E, G and H attached to C.S. and McCarvel's Report to Court [Docs. 219-2, 219-3, 219-4, 219-5, 219-7 and 219-8] shall be placed in the record as a substitute for the unredacted version previously filed. The unredacted version of Docs. 219-2, 219-3, 219-4, 219-5, 219-7 and 219-8 shall be sealed and not open to the public, except by specific order of this Court.

Dated this 17th day of October, 2018

Sam E. Haddon
UNITED STATES DISTRICT COURT JUDGE