IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
OCT 3 1 2018
Clerk, U.S. District Court
District Of Montana
Helena

| IN RE BUTTE SCHOOL DISTRICT NO. 1 | Cause No. CV 14-60-BU-SEH |
|---|---|
| This document relates to All Actions | **ORDER GRANTING MOTION TO REDACT TRANSCRIPTS** |

C.S. and McCarvel's Motion to Redact Transcripts filed with the court on October 9, 2018, is GRANTED as follows:

ORDERED:

The following redactions shall be made to the transcripts filed on October 9, 2018 (Doc. 209):

| ECF Doc. # | Page | Line | Redaction |
|---|---|---|---|
| 209 | 8 | 12 | C.S. |
| 209 | 9 | 11 | C.S. |
| 209 | 10 | 7 | C.S. |
| 209 | 10 | 13 | C.S. |
| 209 | 11 | 8 | C.S. |

Dated this 31st day of October, 2018

Sam E. Haddon
UNITED STATES DISTRICT COURT JUDGE