# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH |

In the interest of clarification of the record,

ORDERED:

All documents reviewed by Brenda K. Roche, Ph.D., LP, and by Mary E. Morningstar, Ph.D., in forming opinions expressed in their respective Rule 26(a)(2)(B) reports[1] shall be made a part of the record on or before December 7, 2018.

DATED this 2nd day of November, 2018.

SAM E. HADDON
United States District Judge

---

[1] See Docs. 136-1 and 137-1.