# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

**FILED**

NOV 13 2018

Clerk, U.S. District Court
District Of Montana
Helena

| IN RE BUTTE SCHOOL DISTRICT NO. 1 | Cause No. CV-60-BU-SEH |
|---|---|
| This document relates to All Actions | **ORDER GRANTING MOTION TO REDACT TRANSCRIPTS** |

Plaintiff's Motion to Redact Transcripts filed with the court on October 19, 2018, is GRANTED as follows:

ORDERED:

The following redactions shall be made to the transcripts filed on October 19, 2018 (Docs. 224, 225, 226, and 227):

| Doc. | Page | Line | Redaction |
|---|---|---|---|
| 224 | 10 | 18 | C.S. |
|  | 10 | 20 | Samantha S. |
|  | 10 | 21 | Samantha S. |
|  | 45 | 25 | C.S. |
|  | 46 | 7 | C.S. |
|  | 46 | 15 | C.S. |
|  | 46 | 20 | C.S. |
|  | 49 | 16 | C.S. |
|  | 49 | 20 | C.S. |
|  | 50 | 2 | C.s |
|  | 50 | 6 | C.S. |
|  | 50 | 9 | C.S. |
|  | 50 | 12 | C.S. |
|  | 183 | 18 | C.S. |
|  | 194 | 13 | C.S. |
|  | 198 | 13 | C.S. |

|     | 198 | 22 | C.S. |
|-----|-----|----|------|
| 225 | 268 | 21 | C.S. |
|     | 379 | 9  | C.S. |
|     | 388 | 21 | Samantha S. |
|     | 408 | 21 | Samantha S. |
|     | 415 | 11 | Stephanie S. |
|     | 416 | 1  | Samantha S. |
|     | 416 | 3  | Samantha S. |
|     | 416 | 11 | Date of Birth |
|     | 445 | 4  | C.S. |
|     | 445 | 17 | C.S. |
|     | 446 | 16 | C.S. |
|     | 447 | 13 | C.S. |
|     | 447 | 19 | C.S. |
|     | 448 | 14 | C.S. |
|     | 451 | 24 | C.S. |
| 226 | 467 | 9  | Samantha S. |
|     | 509 | 3  | C.S. |
|     | 511 | 9  | C.S. |
|     | 514 | 20 | Samantha S. |
|     | 524 | 1  | C.S. |
|     | 524 | 13 | C.S. |
|     | 531 | 14 | C.S. |
|     | 533 | 5  | C.S. |
|     | 533 | 15 | C.S. |
|     | 534 | 10 | C.S. |
|     | 541 | 10 | C.S. |
|     | 551 | 1  | C.S. |
|     | 561 | 1  | Samantha S. |
|     | 564 | 10 | Sam S. |
|     | 569 | 25 | Samantha S. |
|     | 570 | 5  | Ms. S. |
|     | 570 | 22 | Sam S. |
|     | 573 | 1  | Ms. S. |
|     | 573 | 5  | Samantha S. |
|     | 574 | 9  | Date of Birth |
|     | 574 | 10 | Date of Birth |
|     | 574 | 17 | Date of Birth |
|     | 574 | 19 | Date of Birth |

|  | 574 | 25 | Sam. S. |
|---|---|---|---|
|  | 576 | 1 | Sam S. |
|  | 585 | 17 | C.S. |
|  | 585 | 19 | C.S. |
|  | 590 | 16 | Samantha S. |
|  | 591 | 24 | Sam S. |
|  | 608 | 6 | C.S. |
|  | 615 | 15 | C.S. |
| 227 | 732 | 7 | Samantha S. |
|  | 732 | 21 | Samantha S. |
|  | 733 | 2 | Samantha S. |
|  | 743 | 23 | C.S. |
|  | 745 | 23 (two times) | C.S. |
|  | 751 | 4 | Samantha S. |
|  | 751 | 8 | Samantha S. |
|  | 756 | 22 | Samantha S. |
|  | 759 | 13 | C.S. |
|  | 760 | 2 | C.S. |
|  | 760 | 3 | C.S. |
|  | 762 | 6 | C.S. |
|  | 763 | 6 | Samantha S. |
|  | 763 | 14 | Samantha S. |
|  | 763 | 21 | C.S. |
|  | 764 | 5 | Samantha S. |
|  | 764 | 8 | Samantha S. |
|  | 825 | 17 | Samantha S. |
|  | 828 | 3 | Samantha S. |
|  | 831 | 4 | Samantha S. |
|  | 852 | 5 | C.S. |
|  | 852 | 7 | C.S. |
|  | 856 | 3 | Samantha S. |
|  | 868 | 2 | C.S. |

Dated this 13th day of November, 2018

*Sam E. Haddon* (signature)

Sam E. Haddon
UNITED STATES DISTRICT COURT JUDGE