IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
NOV 2 6 2018
Clerk, U.S. District Court
District Of Montana
Helena

| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to All Actions | Cause No. CV-14-60-BU-SEH<br><br>**ORDER** |
|---|---|

C.S. and McCarvel's Unopposed Motion to Modify Time for Filing Post-Hearing Findings of Fact, Conclusions of Law and optional Post-Hearing Briefs is GRANTED.

The parties shall have up to and including 4:45 p.m. on December 14, 2018, to file post-hearing proposed findings of fact, conclusions of law and optional post-hearing briefs. An optional post-hearing response brief may be filed on or before 4:45 p.m. on December 21, 2018.

Dated this 26th day of November, 2018.

SAM E. HADDON
United States District Judge