# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED
12/19/2018
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| IN RE BUTTE SCHOOL DISTRICT NO. 1<br><br>This document relates to all actions | No. CV 14-60-BU-SEH<br><br>**ORDER** |

Defendants C.S. and Stuart McCarvel have moved "for leave to file under seal documents reviewed by their experts, Brenda K. Roche, Ph.D., LP, and Mary E. Morningstar, Ph.D., and submitted as attachments to the Notice of Filing Documents Reviewed by Experts Dr. Roche and Dr. Morningstar."[1]

The Court's Order of January 4, 2016,[2] which states in part "[t]he parties are reminded that all documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue," remains in full force and effect.

---

[1] Docs. 244 at 2 and 248 at 2.

[2] Doc. 63.

ORDERED:

The Motion for Leave to File Confidential Documents Under Seal[3] and the Second Motion for Leave to File Confidential Documents Under Seal[4] are GRANTED subject to the terms and conditions of the Order of January 4, 2016.[5]

DATED this 19th day of December, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 244.

[4] Doc. 248.

[5] Doc. 63.