UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| IN RE BUTTE SCHOOL DISTRICT NO.1 | Case No. CV-14-060-BU-SEH |
|---|---|
| This document relates to all actions | JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 257) in CV-14-60-BU-SEH; and (Doc. 255) in CV-14-61-BU-SEH, all claims asserted by the Petitioners are dismissed. Judgment is entered for the District and against Petitioners on all claims.

Dated this 28th day of January 2019.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk