UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BUTTE SCHOOL DISTRICT NO. 1,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>C.S. and STUART MCCARVEL, in his capacity as originator of the C.S. due process complaint,<br><br>    Defendants - Appellants. | No. 19-35134<br><br>D.C. No. 2:14-cv-00060-SEH<br>U.S. District Court for Montana, Butte<br><br>**MANDATE** |

The judgment of this Court, entered May 27, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7